CLOSED,CONSOL,LEAD

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:19-cv-00549-MRH

IN RE KRAFT HEINZ SHAREHOLDER DERIVATIVE LITIGATION
Assigned to: Chief Judge Mark R. Hornak
Member cases:
   2:19-cv-00613-MRH
   2:19-cv-00574-MRH
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 05/08/2019
Date Terminated: 04/09/2020
Jury Demand: Plaintiff
Nature of Suit: 160 Stockholders Suits
Jurisdiction: Federal Question

**Plaintiff**

**VLADIMIR GUSINSKY REVOCABLE TRUST**

represented by **James M. Ficaro**
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
610-225-2677
Fax: 610-408-8062
Email: jmf@weiserlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik W. Luedeke**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: eluedeke@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff Consolidated**

**STEPHEN SILVERMAN**

represented by **Alfred G. Yates , Jr.**
Law Offices of Alfred G. Yates, Jr.
300 Mount Lebanon Boulevard
Suite 206B
Pittsburgh, PA 15234
(412) 391-5164
Email: yateslaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benny C. Goodman , III**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: bennyg@rgrdlaw.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erik W. Luedeke**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary K. Blasy**
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367–7100
Fax: (631) 367–1173
Email: mblasy@rgrdlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael I. Fistel , Jr.**
Johnson Fistel, LLP
40 Powder Springs Street
Marietta, GA 30064
770–200–3104
Fax: 770–200–3101
Email: MichaelF@johnsonfistel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff Consolidated**

**IAN GREEN** represented by **Alfred G. Yates , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig W. Smith**
Robbins LLP
5040 Shoreham Place
San Diego, CA 92122
619–525–3990
Fax: 619–525–3991
Email: csmith@robbinsllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Wedeking , II**
Robbins LLP
5040 Shoreham Place
San Diego, CA 92122
619–525–3990
Fax: 619–525–3991

|  |  |
|---|---|
|  | Email: swedeking@robbinsllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Erik W. Luedeke**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff Consolidated**

| | | |
|---|---|---|
| **CHARLOTTE HAYS**<br>*Derivatively on Behalf of THE KRAFT HEINZ COMPANY* | represented by | **Alfred G. Yates , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benny C. Goodman , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Erik W. Luedeke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mary K. Blasy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael I. Fistel , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **BERNARDO HEES** | represented by | **Andrew J. Ehrlich**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373–3166<br>Fax: (212) 492–0166<br>Email: aehrlich@paulweiss.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel J. Kramer** |

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3020
Fax: 212–492–0020
Email: dkramer@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A. Clareman**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3248
Fax: 212–492–0248
Email: wclareman@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
Blank Rome
501 Grant Street
8th Floor
Pittsburgh, PA 15219
412 932 2814
Email: rarnold@blankrome.com
*ATTORNEY TO BE NOTICED*

**Shawna J. English**
Blank Rome LLP
Union Trust Building
501 Grant Street
Suite 850
Pittsburgh, PA 15219
412–932–2805
Email: senglish@blankrome.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **PAULO LUIZ ARAUJO BASILO** | represented by | **Andrew J. Ehrlich** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Daniel J. Kramer** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William A. Clareman** (See above for address) *LEAD ATTORNEY* |

        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID H. KNOPF**      represented by      **Andrew J. Ehrlich**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**GEORGE EL ZOGHBI**      represented by      **Andrew J. Ehrlich**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*

        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**CHRISTOPHER R. SKINGER**     represented by    **Andrew J. Ehrlich**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**VINCE GARLATI**     represented by    **Andrew J. Ehrlich**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)

        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**ALEXANDRE BEHRING DA COSTA**    represented by    **Andrew J. Ehrlich**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN T. CAHILL**    represented by    **Andrew J. Ehrlich**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shawna J. English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GREGORY E. ABEL**      represented by    **Andrew J. Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Clareman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shawna J. English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TRACY BRITT COOL**      represented by    **Andrew J. Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Clareman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  | **Shawna J. English**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

|  |  |  |
|---|---|---|
| **FEROZ DEWAN** | represented by | **Andrew J. Ehrlich**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel J. Kramer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William A. Clareman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Roy W. Arnold**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Shawna J. English**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

|  |  |  |
|---|---|---|
| **JEANNE P. JACKSON** | represented by | **Andrew J. Ehrlich**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel J. Kramer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William A. Clareman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Roy W. Arnold**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Shawna J. English**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**JORGE PAULO LEMANN**      represented by    **Andrew J. Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

         **Daniel J. Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

         **William A. Clareman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

         **Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

         **Shawna J. English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN C. POPE**      represented by    **Andrew J. Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

         **Daniel J. Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

         **William A. Clareman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

         **Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

         **Shawna J. English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARCEL HERRMANN TELLES**      represented by    **Andrew J. Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**ALEXANDRE VAN DAMME**    represented by   **Andrew J. Ehrlich**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**MACKEY J. MCDONALD**    represented by   **Andrew J. Ehrlich**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Daniel J. Kramer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**KRAFT HEINZ COMPANY**     represented by   **Andrew J. Ehrlich**
*agent of*     (See above for address)
KRAFT HEINZ FOODS COMPANY     *LEAD ATTORNEY*
*agent of*     *PRO HAC VICE*
KRAFT HEINZ CANADA ULC     *ATTORNEY TO BE NOTICED*
*agent of*
HEINZ BRASIL, S.A.     **Daniel J. Kramer**
*agent of*     (See above for address)
H.J. HEINZ FINANCE UK     *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **William A. Clareman**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Roy W. Arnold**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Shawna J. English**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2019 | Ï 1 | COMPLAINT against GREGORY E. ABEL, ARAUJO BASILO, JOHN T. CAHILL,, TRACY BRITT COOL, ALEXANDRE BEHRING DA COSTA, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, PAULO LUIZ, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME (Filing fee, including Administrative fee, $400, receipt number 0315−5132118), filed by VLADIMIR GUSINSKY REVOCABLE TRUST. (Attachments: # 1 Civil Cover Sheet) (jd) (Entered: 05/10/2019) |
| 05/13/2019 | Ï 2 | |

| | | |
|---|---|---|
| | | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (bdb) (Entered: 05/13/2019) |
| 05/13/2019 | 3 | STANDING ORDER AND PROCEDURES ON CIVIL MOTION PRACTICE. Signed by Chief Judge Mark R. Hornak on 5/13/19. (bdb) (Entered: 05/13/2019) |
| 05/13/2019 | 4 | **AT&T SCHEDULING NOTICE FOR ALL TELEPHONIC CONFERENCES.** Every Telephonic Conference conducted will be via an AT&T call−in number which requires participants to dial−in and provide an access code. When a Telephonic Conference is scheduled you will be instructed to refer back to this Notice and use either Dial−In No. 1 or Dial−In No. 2, both of which are contained in this Notice. This document has a security setting of "Case Participants Only", so only those individuals will have access to view the document. (bdb) (Entered: 05/13/2019) |
| 05/13/2019 | 5 | SCHEDULING ORDER. A Telephonic Status Conference is hereby SCHEDULED for THIS DATE, 5/13/19, at 1:00 PM before Chief Judge Mark R. Hornak. The conference will be held jointly with 2:19−cv−214 and 2:19−cv−307. Please refer to 4 AT&T Scheduling Notice and use dial−in no. 1 for this conference. Signed by Chief Judge Mark R. Hornak on 5/13/19. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 05/13/2019) |
| 05/13/2019 | 6 | Minute Entry for proceedings held before Chief Judge Mark R. Hornak: Telephonic Status Conference held on 5/13/19. (Court Reporter: Karen Earley) (jad) (Entered: 05/13/2019) |
| 05/14/2019 | 7 | ORDER. The filing of any Rule 12 responses shall be held in abeyance pending further Order of the Court. On or before 5/30/19, counsel in cases 19−cv−307, 19−cv−433, 19−cv−549, and any other related case that may be filed in the Western District of Pennsylvania before that date, shall confer and file a joint status report, and may file any joint stipulations related to the coordination of the cases. A Telephonic Status Conference is hereby scheduled for 6/4/19 at 4:30 P.M. Please refer to 4 AT&T Scheduling Notice and use dial−in no. 2 for this conference. Signed by Chief Judge Mark R. Hornak on 5/14/19. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 05/14/2019) |
| 05/14/2019 | 8 | NOTICE of Appearance by Roy W. Arnold on behalf of ARAUJO BASILO, ALEXANDRE BEHRING DA COSTA, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, DAVID H. KNOPF, KRAFT HEINZ COMPANY, CHRISTOPHER R. SKINGER. (Arnold, Roy) (Entered: 05/14/2019) |
| 05/14/2019 | 9 | NOTICE of Appearance by Shawna J. English on behalf of ARAUJO BASILO, ALEXANDRE BEHRING DA COSTA, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, DAVID H. KNOPF, KRAFT HEINZ COMPANY, CHRISTOPHER R. SKINGER. (English, Shawna) (Entered: 05/14/2019) |
| 05/15/2019 | 10 | Disclosure Statement identifying Defendant The Kraft Heinz Company is a publicly traded corporation, that it has no parent company, and that the following publicly held corporation owns 10% or more of its stock: Berkshire Hathaway, Inc. Undersigned counsel further certifies that Defendant The Kraft Heinz Company has four subsidiaries or affiliates that have issued debt securities (but not shares) to the public: Kraft Heinz Foods Company, Kraft Heinz Canada ULC, Heinz Brasil, S.A., and H.J. Heinz Finance UK Plc. as corporate parent or other affiliate, by KRAFT HEINZ COMPANY. (Arnold, Roy) (Entered: 05/15/2019) |
| 05/15/2019 | 11 | MOTION for attorney Daniel J. Kramer to Appear Pro Hac Vice, (Filing fee $70, Receipt # 0315−5139959) by ARAUJO BASILO, ALEXANDRE BEHRING DA COSTA, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, DAVID H. KNOPF, KRAFT HEINZ COMPANY, CHRISTOPHER R. SKINGER. (Attachments: # 1 Declaration, # 2 Proposed Order) |

| | | |
|---|---|---|
| | | (Kramer, Daniel) (Entered: 05/15/2019) |
| 05/15/2019 | 12 | MOTION for attorney Andrew J. Ehrlich to Appear Pro Hac Vice, (Filing fee $70, Receipt # 0315−5139966) by ARAUJO BASILO, ALEXANDRE BEHRING DA COSTA, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, DAVID H. KNOPF, KRAFT HEINZ COMPANY, CHRISTOPHER R. SKINGER. (Attachments: # 1 Declaration, # 2 Proposed Order) (Ehrlich, Andrew) (Entered: 05/15/2019) |
| 05/15/2019 | 13 | MOTION for attorney William Clareman to Appear Pro Hac Vice, (Filing fee $70, Receipt # 0315−5139970) by ARAUJO BASILO, ALEXANDRE BEHRING DA COSTA, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, DAVID H. KNOPF, KRAFT HEINZ COMPANY, CHRISTOPHER R. SKINGER. (Attachments: # 1 Declaration, # 2 Proposed Order) (Clareman, William) (Entered: 05/15/2019) |
| 05/16/2019 | 14 | ORDER GRANTING 11 Motion for Daniel J. Kramer to Appear Pro Hac Vice. Signed by Chief Judge Mark R. Hornak on 5/16/19. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 05/16/2019) |
| 05/16/2019 | 15 | ORDER GRANTING 12 Motion for Andrew J. Ehrlich to Appear Pro Hac Vice. Signed by Chief Judge Mark R. Hornak on 5/16/19. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 05/16/2019) |
| 05/16/2019 | 16 | ORDER GRANTING 13 Motion for William A. Clareman to Appear Pro Hac Vice. Signed by Chief Judge Mark R. Hornak on 5/16/19. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 05/16/2019) |
| 05/30/2019 | 17 | STATUS REPORT *(Joint)* by GREGORY E. ABEL, ARAUJO BASILO, JOHN T. CAHILL,, TRACY BRITT COOL, ALEXANDRE BEHRING DA COSTA, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, PAULO LUIZ, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Kramer, Daniel) (Entered: 05/30/2019) |
| 06/05/2019 | 18 | Minute Entry for proceedings held before Chief Judge Mark R. Hornak: Telephonic Status Conference held on 6/4/19. (Court Reporter: Karen Earley) (jad) (Entered: 06/05/2019) |
| 06/05/2019 | 19 | ORDER. It is hereby ORDERED as follows: (1) Docket numbers 19−433; 19;−549; 19−567; 19−574 are hereby CONSOLIDATED; (2) Any additional stockholder derivative cases filed in or transferred to this Court in the future which involve common questions of law or fact as these consolidated Derivative Actions shall be consolidated with No. 19−433. (3) As to the existing Complaints in the above− captioned cases, any obligation to respond under Rule 12 is hereby held in abeyance pending further Order of the Court. (4) On or before June 14, 2019, Plaintiffs in the above−captioned cases shall file any motions for appointment of Lead Plaintiff and Lead Counsel. (5) On or before June 28, 2019, Defendants shall file statements of position as to the motions for appointment of Lead Plaintiff and Lead Counsel. Signed by Chief Judge Mark R. Hornak on 6/5/19. (bdb) (Entered: 06/05/2019) |
| 06/25/2019 | 20 | ORDER. Based on the filing of the Notice of Voluntary Dismissal (ECF No. 33 at 19−433); and, the Notice of Voluntary Dismissal (ECF No. 34 at 19−433), it is hereby ORDERED that 19 Order, is hereby AMENDED as follows: (1) docket numbers 19−549; 19−574; and, 19−613 are hereby CONSOLIDATED at 19−549, the lead case. (2) Any additional stockholder derivative cases filed in or transferred to this Court in the future which involve common questions of law or fact as these consolidated Derivative Actions shall be consolidated with No. 19−549. The balance of 19 Order, remains unchanged. Signed by Chief Judge Mark R. Hornak on 6/25/19. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the |

| | | |
|---|---|---|
| | | matter. (bdb) (Entered: 06/26/2019) |
| 06/28/2019 | 21 | RESPONSE *Defendants' Position Statement Regarding Plaintiffs' Lead Counsel Motion* filed by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, ALEXANDRE BEHRING DA COSTA, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Kramer, Daniel) (Entered: 06/28/2019) |
| 07/08/2019 | 22 | NOTICE of Appearance by Shawna J. English on behalf of GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, JEANNE P. JACKSON, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (English, Shawna) (Entered: 07/08/2019) |
| 07/08/2019 | 23 | NOTICE of Appearance by Roy W. Arnold on behalf of GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, JEANNE P. JACKSON, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Arnold, Roy) (Entered: 07/08/2019) |
| 07/08/2019 | 24 | NOTICE of Appearance by Daniel J. Kramer on behalf of GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, JEANNE P. JACKSON, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Kramer, Daniel) (Entered: 07/08/2019) |
| 07/08/2019 | 25 | NOTICE of Appearance by Andrew J. Ehrlich on behalf of GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, JEANNE P. JACKSON, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Ehrlich, Andrew) (Entered: 07/08/2019) |
| 07/08/2019 | 26 | NOTICE of Appearance by William A. Clareman on behalf of GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, JEANNE P. JACKSON, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Clareman, William) (Entered: 07/08/2019) |
| 07/18/2019 | 27 | ORDER. On or before 7/24/19, Defendants shall file a statement of authorities of not more than 5 pages setting forth what legal authority, if any, they have for the proposition that the Court should defer ruling on the Lead Counsel Motion until after their motions to reunite all actions and transfer them to Chicago can be decided. Such statement shall also include a brief description of the procedural mechanism that they believe would allow the Court to "reunite" the currently pending derivative cases in this District with a case that was refiled in the Southern District of New York. On or before 8/1/19, Plaintiffs shall file a response of not more than 15 pages to 21 Defendants' Position Statement Regarding Plaintiffs' Lead Counsel Motion and the statement of Defendants ordered above. Signed by Chief Judge Mark R. Hornak on 7/18/19. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 07/18/2019) |
| 07/24/2019 | 28 | RESPONSE *Defendants' Statement in Further Support of Their Position Regarding the Appointment of Lead Counsel* filed by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, ALEXANDRE BEHRING DA COSTA, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Kramer, Daniel) (Entered: 07/24/2019) |
| 07/31/2019 | 29 | |

| | | |
|---|---|---|
| | | **AMENDED COMPLAINT** *Consolidated Verified Stockholder Derivative Complaint for Breach of Fiduciary Duty, Unjust Enrichment, and Contribution for Violations of Federal Securities Laws* against GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, ALEXANDRE BEHRING DA COSTA, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME, filed by STEPHEN SILVERMAN, VLADIMIR GUSINSKY REVOCABLE TRUST, IAN GREEN, CHARLOTTE HAYS. (Luedeke, Erik) (Entered: 07/31/2019) |
| 07/31/2019 | 30 | MOTION to Transfer Case *to the Northern District of Illinois* by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Attachments: # 1 Proposed Order) (Kramer, Daniel) (Entered: 07/31/2019) |
| 07/31/2019 | 31 | BRIEF in Support re 30 Motion to Transfer Case, filed by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Kramer, Daniel) (Entered: 07/31/2019) |
| 07/31/2019 | 32 | DECLARATION re 30 MOTION to Transfer Case *to the Northern District of Illinois* by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME Affiant: Anna Oliveira. (Attachments: # 1 Exhibit A) (Kramer, Daniel) (Entered: 07/31/2019) |
| 07/31/2019 | 33 | Joint MOTION to Approve Briefing Schedule *and [Proposed] Order* by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Clareman, William) (Entered: 07/31/2019) |
| 08/01/2019 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 33 Motion for Miscellaneous Relief,. ERROR: Proposed Order was not attached. CORRECTION: Attorney is advised to file a proposed order by using the Proposed Order event and linking it to the document in question. This message is for informational purposes only. (jd) (Entered: 08/01/2019) |
| 08/01/2019 | 34 | Proposed Order re 33 Motion to Approve Briefing Schedule, by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Clareman, William) Modified text on 8/2/2019. (jd) (Entered: 08/01/2019) |
| 08/01/2019 | 35 | RESPONSE *Plaintiffs' Response to Defendants' Position Statement Regarding Plaintiffs' Lead Counsel Motion and Defendants' Statement in Further Support of Their Position Regarding the Appointment of Lead Counsel* to 21 Response, 28 Response,, filed by IAN GREEN, CHARLOTTE |

| | | |
|---|---|---|
| | | HAYS, STEPHEN SILVERMAN, VLADIMIR GUSINSKY REVOCABLE TRUST. (Luedeke, Erik) (Entered: 08/01/2019) |
| 08/01/2019 | 36 | DECLARATION re 35 Response, *Declaration of Erik W. Luedeke in Support of Plaintiffs' Response to Defendants' Position Statement Regarding Plaintiffs' Lead Counsel Motion and Defendants' Statement in Further Support of Their Position Regarding the Appointment of Lead Counsel* by IAN GREEN, CHARLOTTE HAYS, STEPHEN SILVERMAN, VLADIMIR GUSINSKY REVOCABLE TRUST. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Luedeke, Erik) (Entered: 08/01/2019) |
| 08/02/2019 | 37 | ORDER GRANTING 33 Motion to Approve Briefing Schedule. Response to 30 Motion to Transfer due by 9/13/2019; Reply due by 10/11/2019. Signed by Chief Judge Mark R. Hornak on 08/02/19. (eca) (Entered: 08/02/2019) |
| 09/13/2019 | 38 | RESPONSE IN OPPOSITION to 30 Motion to Transfer Case,, filed by IAN GREEN, CHARLOTTE HAYS, STEPHEN SILVERMAN, VLADIMIR GUSINSKY REVOCABLE TRUST. (Goodman, Benny) (Entered: 09/13/2019) |
| 09/13/2019 | 39 | DECLARATION re 38 Response in Opposition *Declaration of Benny C. Goodman III in Support of Plaintiffs' Response in Opposition to Defendants' Motion to Transfer Venue to the Northern District of Illinois* by IAN GREEN, CHARLOTTE HAYS, STEPHEN SILVERMAN, VLADIMIR GUSINSKY REVOCABLE TRUST. (Attachments: # 1 Exhibit A – Relevant excerpt from Kraft Heinz 2018 Annual Report Form 10–K, # 2 Exhibit B – Relevant excerpts from Kraft Heinz 2016–2019 Proxy Statements) (Goodman, Benny) (Entered: 09/13/2019) |
| 09/13/2019 | 40 | DECLARATION re 38 Response in Opposition *Declaration of Stephen Silverman* by IAN GREEN, CHARLOTTE HAYS, STEPHEN SILVERMAN, VLADIMIR GUSINSKY REVOCABLE TRUST. (Goodman, Benny) (Entered: 09/13/2019) |
| 10/11/2019 | 41 | REPLY to Response to Motion re 30 Motion to Transfer Case, filed by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, ALEXANDRE BEHRING DA COSTA, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME. (Kramer, Daniel) (Entered: 10/11/2019) |
| 10/11/2019 | 42 | DECLARATION re 41 Reply to Response to Motion, by GREGORY E. ABEL, PAULO LUIZ ARAUJO BASILO, JOHN T. CAHILL, TRACY BRITT COOL, ALEXANDRE BEHRING DA COSTA, FEROZ DEWAN, GEORGE EL ZOGHBI, VINCE GARLATI, BERNARDO HEES, JEANNE P. JACKSON, DAVID H. KNOPF, KRAFT HEINZ COMPANY, JORGE PAULO LEMANN, MACKEY J. MCDONALD, JOHN C. POPE, CHRISTOPHER R. SKINGER, MARCEL HERRMANN TELLES, ALEXANDRE VAN DAMME Affiant: William A. Clareman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Kramer, Daniel) (Entered: 10/11/2019) |
| 01/10/2020 | 43 | NOTICE *of Firm Name Change* by IAN GREEN (Wedeking, Steven) (Entered: 01/10/2020) |
| 01/13/2020 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 43 Notice. ERROR: Notice to Court of name change of law firm and updated contact information. CORRECTION: Filer advised each filer are responsible for updating their address and contact information in Utilities, Manage my Account. This message is for informational purposes only. (jd) (Entered: 01/13/2020) |
| 03/28/2020 | | IMPORTANT NOTICE: The United States District Court for the Western District of Pennsylvania (WDPA) will be upgrading its current CM/ECF system to the Next Generation of CM/ECF (NextGen CM/ECF) on Monday, May 26, 2020. Complete information, including a checklist of actions regarding the WDPA NexGen CM/ECF implementation, can be found at here . Currently, multiple attorneys within a firm may share a single PACER account. Shared PACER accounts |

| | | |
|---|---|---|
| | | cannot be used by WDPA e–filing attorneys once the WDPA NextGen CM/ECF system is implemented. Each attorney must have an individual upgraded PACER account that will be linked to the e–filing account. If you have an upgraded PACER account, no action is required until after the WDPA NextGen CM/ECF upgrade on May 26, 2020. You have an upgraded PACER account if you (1) e–file in another NextGen court, or (2) created your PACER account after August 10, 2014. If neither of these are true, you must upgrade your legacy PACER account before you will be able to link your PACER account to your current WDPA CM/ECF account for your new NextGen CM/ECF account. Further informational notices will be sent later, but if you have questions about upgrading your PACER account, please contact the PACER Service Center at 800–676–6856. (Administrator, ) (ADI) (Entered: 03/28/2020) |
| 04/09/2020 | 44 | OPINION. Signed by Chief Judge Mark R. Hornak on 4/9/20. (bdb) (Entered: 04/09/2020) |
| 04/09/2020 | 45 | ORDER. The Defendants' Motions to Transfer at No. 2:19–cv–00307, ECF No. 50 and No. 2:19–cv–00549, ECF No. 30 are hereby GRANTED, consistent with this Court's Opinion of this date. A Motion to Appoint Lead Counsel was filed in the action at No. 2:19–cv–00433 on June 14, 2019. (No. 19–433, ECF No. 35.) That action, however, has since been voluntarily dismissed and was de–consolidated from the matters pending at No. 2:19–cv–00549. (No. 19–549, Order, ECF No. 20.) As such, the Court no longer views the Motion at No. 2:19–cv–00433, ECF No. 35 to be "live," but to the extent that it is, any such Motion is hereby DISMISSED without prejudice, in that the transferee Court is the appropriate forum to consider such Motion now that all (federal) actions revolving around the alleged misstatements and/or omissions are pending before that Court.The Clerk of Court shall transfer the actions at No. 2:19–cv–00307 and No. 2:19–cv–00549, and all actions consolidated with them, specifically *Silverman v. Behring*, No. 2:19–cv–00574 and *Green v. Behring*, No. 2:19–cv–00613, FORTHWITH to the United States District Court for the Northern District of Illinois, as related to *Hedick v. Kraft Heinz Co.*, No. 1:19–cv–01339 (N.D. Ill.). Signed by Chief Judge Mark R. Hornak on 4/9/20. (bdb) (Entered: 04/09/2020) |