**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SHAREHOLDER DERIVATIVE LITIGATION | Case No. 20-cv-02259 <br><br> Honorable Virginia M. Kendall |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Nominal Defendant The Kraft Heinz Company hereby states that it has no parent company and that the following publicly held corporation owns 10% or more of its stock: Berkshire Hathaway, Inc.

Dated: April 22, 2020

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

BY:   /s/ Daniel J. Kramer
Daniel J. Kramer (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
dkramer@paulweiss.com
aehrlich@paulweiss.com
wclareman@paulweiss.com

Matthew D. Stachel (*pro hac vice*)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
(302) 655-4410
mstachel@paulweiss.com

*Counsel for Nominal Defendant The Kraft Heinz Company*

**JENNER & BLOCK LLP**

Dean N. Panos (Il. ARDC # 6203600)
Howard S. Suskin (Il. ARDC # 6185999)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484
dpanos@jenner.com
hsuskin@jenner.com
ggillett@jenner.com

*Counsel for Nominal Defendant The Kraft Heinz Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Corporate Disclosure Statement was filed on April 22, 2020 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By: /s/ Daniel J. Kramer
Daniel J. Kramer