UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE KRAFT HEINZ SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:20-cv-2259<br><br>Honorable Robert M. Dow Jr. |

**DECLARATION OF KEVIN M. NEYLAN, JR. IN SUPPORT OF 3G'S MOTION TO DISMISS THE CONSOLIDATED VERIFIED SECOND AMENDED STOCKHOLDER DERIVATIVE COMPLAINT**

I, Kevin M. Neylan, Jr., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am a partner with the law firm of Kirkland & Ellis LLP, counsel for Defendant 3G Capital, Inc. ("3G") in the above-captioned action. I submit this Declaration in Support of 3G's Motion to Dismiss the Consolidated Verified Second Amended Stockholder Derivative Complaint dated November 22, 2021.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Form 10-Q filed by The Kraft Heinz Company with the SEC on August 5, 2016.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Form 4 filed by 3G Global Food Holdings LP, 3G Global Food Holdings GP LP, 3G Capital Partners II, L.P., and 3G Capital Partners Ltd. with the SEC on September 21, 2016.

3. Attached hereto as **Exhibit 3** is a true and correct copy of S&P Global Market Intelligence's *The Kraft Heinz Company FQ1 2017 Earnings Call Transcripts*, dated May 3, 2017.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Form 10-Q filed by The Kraft Heinz Company with the SEC on August 4, 2017.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Form 10-K filed by The Kraft Heinz Company with the SEC on February 16, 2018.

6. Attached hereto as **Exhibit 6** is a true and correct copy of S&P Global Market Intelligence's *The Kraft Heinz Company FQ4 2017 Earnings Call Transcripts*, dated February 16, 2018.

7. Attached hereto as **Exhibit 7** is a true and correct copy of The Kraft Heinz Company's presentation "Q4 and Full Year 2017 Update," dated February 16, 2018 (available at https://ir.kraftheinzcompany.com/index.php/static-files/de145ed9-f569-423d-bfe1-6e096c36798a).

8. Attached hereto as **Exhibit 8** is a true and correct copy of the Form 8-K filed by The Kraft Heinz Company with the SEC on March 27, 2018.

9. Attached hereto as **Exhibit 9** is a true and correct copy of S&P Global Market Intelligence's *The Kraft Heinz Company FQ1 2018 Earnings Call Transcripts*, dated May 2, 2018.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the Form 10-Q filed by The Kraft Heinz Company with the SEC on August 3, 2018.

11. Attached hereto as **Exhibit 11** is a true and correct copy of S&P Global Market Intelligence's *The Kraft Heinz Company FQ2 2018 Earnings Call Transcripts*, dated August 3, 2018.

12. Attached hereto as **Exhibit 12** is a true and correct copy of the Form 4 filed by 3G Global Food Holdings LP, 3G Global Food Holdings GP LP, 3G Capital Partners II, L.P., and 3G Capital Partners Ltd. with the SEC on August 7, 2018.

13. Attached hereto as **Exhibit 13** is a true and correct copy of the Form 8-K filed by The Kraft Heinz Company with the SEC on February 21, 2019.

14. Attached hereto as **Exhibit 14** is a true and correct copy of the Form 8-K filed by The Kraft Heinz Company with the SEC on February 28, 2019.

15. Attached hereto as **Exhibit 15** is a true and correct copy of the Form 8-K filed by The Kraft Heinz Company with the SEC on May 2, 2019.

16. Attached hereto as **Exhibit 16** ███████████████████████ ███ ██ █████ ██ ██ ██ ██ ██ █████ ████████████████████████

17. Attached hereto as **Exhibit 17** ███████████████████████ ███ ██ █████ ██ ██ ██ ██ ██ █████ ████████████████████████

18. Attached hereto as **Exhibit 18** ███████████████████████ ███ ██ █████ ██ ██ █ ██ ██ █████ ████████████████████████

19. Attached hereto as **Exhibit 19** ███████████████████████ ███ ██ █████ ██ ██ █ ██ ██ █████ ████████████████████████

20. Attached hereto as **Exhibit 20** ███████████████████████ ████ ████████████████████ █████ ████████████████████████

21. Attached hereto as **Exhibit 21** ███████████████████████ ██████████████████████████████████████ ███████████████████

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
    January 21, 2022

                                           s/ *Kevin M. Neylan, Jr.*
                                           Kevin M. Neylan, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I electronically filed the foregoing Declaration of Kevin M. Neylan, Jr. in Support of 3G's Motion to Dismiss the Consolidated Verified Second Amended Stockholder Derivative Complaint with the Clerk of the Court through the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

s/ *Kevin M. Neylan, Jr.*
Kevin M. Neylan, Jr.
