UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re KRAFT HEINZ SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 1:20-cv-02259<br><br>Judge Robert M. Dow |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 26.2, Lead Plaintiffs Dale Waters and Stephen Silverman (together, "Lead Plaintiffs"), request leave to file under seal their memoranda in opposition to defendants' motions to dismiss the Consolidated Verified Second Amended Stockholder Derivative Complaint (the "Complaint"). In support thereof, Lead Plaintiffs state:

1. On November 22, 2021, Lead Plaintiffs filed the operative Complaint. ECF No. 81. They concurrently moved to seal the Complaint because it references documents and information produced by The Kraft Heinz Company ("Kraft Heinz") pursuant to the terms of a confidentiality agreement between the parties. *See* ECF No. 79. On November 25, 2021, the Court granted their motion to file the Complaint under seal. ECF No. 85.

2. On January 21, 2022, defendant 3G Capital, Inc. ("3G Capital") filed its motion to dismiss the Complaint (ECF No. 97), and sought to seal its supporting memorandum of law

- 1 -

because it relied on confidential documents produced by Kraft Heinz (ECF No. 103). On February 1, 2022, the Court granted 3G Capital's motion to seal the document (ECF No. 108).

3. Also on January 21, 2022, Nominal Defendant Kraft Heinz and the Individual Defendants filed a motion to dismiss the Complaint. ECF No. 104.

4. Lead Plaintiffs' memoranda in opposition to defendants' motions to dismiss rely on confidential documents produced by Kraft Heinz. For the same reasons supporting the sealing of the Complaint, these memoranda should be sealed.

5. The public, redacted versions of the provisionally sealed documents are concurrently filed herewith.

**WHEREFORE**, Lead Plaintiffs respectfully request that the Court grant this motion and enter an order granting them leave to file under seal Plaintiffs' Memorandum of Law in Opposition to Nominal Defendant's and the Individual Defendants' Motion to Dismiss the Consolidated Verified Second Amended Stockholder Derivative Complaint and Plaintiffs' Memorandum of Law in Opposition to Defendant 3G Capital's Motion to Dismiss the Consolidated Verified Second Amended Stockholder Derivative Complaint, both dated March 22, 2022.

Dated: March 22, 2022

    Respectfully submitted,

    **ROBBINS GELLER RUDMAN
      & DOWD LLP**

    s/ Benny C. Goodman
    BENNY C. GOODMAN III

    TRAVIS E. DOWNS III
    BENNY C. GOODMAN III
    (admitted *Pro Hac Vice*)
    ERIK W. LUEDEKE
    655 West Broadway, Suite 1900
    San Diego, CA 92101

Telephone: (619) 231-1058
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

FRANK A. RICHTER (IL Bar #6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
frichter@rgrdlaw.com

**GLANCY PRONGAY & MURRAY LLP**
BENJAMIN I. SACHS-MICHAELS
(admitted *pro hac vice)*
DANIELLA QUITT
PAVITHRA RAJESH
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 935-7400
bsachsmichaels@glancylaw.com
dquitt@glancylaw.com
prajesh@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**JOHNSON FISTEL, LLP**
MICHAEL I. FISTEL JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470)632-6000
michaelf@johnsonfistel.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
ALFRED G. YATES, JR.
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: (412)391-5164
yateslaw@aol.com

*Additional Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 22, 2022, I electronically filed the foregoing document using the ECF system for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record in this matter registered on the ECF system.

s/ Benny C. Goodman III
BENNY C. GOODMAN III

4876-6135-5031.v1

# Mailing Information for a Case 1:20-cv-02259 In Re: Kraft Heinz Shareholder Derivative Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roy W. Arnold**
  rarnold@blankrome.com

- **Stefan Howard Atkinson**
  stefan.atkinson@kirkland.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William A. Clareman**
  wclareman@paulweiss.com,mao_fednational@paulweiss.com

- **Andrew Ehrlich**
  aehrlich@paulweiss.com,mao_fednational@paulweiss.com

- **Shawna J. English**
  senglish@blankrome.com

- **James M Ficaro**
  jmf@weiserlawfirm.com

- **Michael Ira Fistel , Jr**
  michaelf@johnsonfistel.com,paralegal@johnsonfistel.com

- **Gabriel Gillett**
  GGillett@jenner.com,8073482420@filings.docketbird.com,kalbert@jenner.com,docketing@jenner.com

- **Sandra C Goldstein**
  sandra.goldstein@kirkland.com,sandra-goldstein-3843@ecf.pacerpro.com,kenymanagingclerk@kirkland.com,michelle.denny@kirkland.com

- **Benny C. Goodman , III**
  bennyg@rgrdlaw.com,e_file_SD@rgrdlaw.com,ldeem@rgrdlaw.com

- **Daniel J Kramer**
  dkramer@paulweiss.com,mao_fednational@paulweiss.com

- **Erik W. Luedeke**
  eluedeke@rgrdlaw.com,ldeem@rgrdlaw.com

- **Kevin Michael Neylan**
  kevin.neylan@kirkland.com,kenymanagingclerk@kirkland.com

- **Dean Nicholas Panos**
  dpanos@jenner.com,docketing@jenner.com,jmerkouris@jenner.com,GLiberman@jenner.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Brenton A. Rogers**
  brogers@kirkland.com

- **Benjamin Isaac Sachs-Michaels**
  bsachsmichaels@glancylaw.com

- **Shane P. Sanders**
  ssanders@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com

- **Craig W. Smith**
  csmith@robbinsllp.com,notice@robbinsllp.com

- **Matthew D. Stachel**
  mstachel@paulweiss.com,mao_fednational@paulweiss.com

- **Howard Steven Suskin**
  hsuskin@jenner.com,2233367420@filings.docketbird.com,howard-suskin-4713@ecf.pacerpro.com,docketing@jenner.com

- **Alfred G Yates , Jr**
  yateslaw@aol.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Steven Hill**
,

**Richard Merritts**
,